FILE COPY

RE: Case No. 25-1093                    DATE: 1/2/2026
COA #: 15-24-00058-CV                          TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

    Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                MR. RYAN  KERCHER
                OFFICE OF THE ATTORNEY GENERAL
                P.O. BOX 12548
                AUSTIN, TX  78711-2548
                * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1093                    DATE: 1/2/2026
    COA #: 15-24-00058-CV                      TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

    Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    MR. KEVIN T. O'HANLON
                    O'HANLON, DEMERATH & CASTILLO
                    808 WEST AVENUE
                    AUSTIN, TX  78701
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1093          DATE: 1/2/2026
COA #: 15-24-00058-CV                    TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

     Today the Supreme Court of Texas received and filed a
second motion for extension of time to file petition for
review pursuant to Rule 53.7(f) in the above numbered and
styled case.

                    CHRISTOPHER  PRINE
                    FIFTEENTH COURT OF APPEALS
                    P.O, BOX 12852
                    AUSTIN, TX  78711
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1093                    DATE: 1/2/2026
   COA #: 15-24-00058-CV                    TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    MR. THOMAS  PHILLIPS
                    BAKER BOTTS, LLP
                    401 S 1ST ST UNIT 1300
                    AUSTIN, TX  78704-1296
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-1093           DATE: 1/2/2026
COA #: 15-24-00058-CV           TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. BENJAMIN A. GESLISON
BAKER BOTTS LLP
910 LOUISIANA ST STE 3000
HOUSTON, TX 77002-4908
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1093                          DATE: 1/2/2026
    COA #: 15-24-00058-CV                         TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. ZACHARY  RHINES
TEXAS OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548 (MC 059)
AUSTIN, TX  78711-2697
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1093         DATE: 1/2/2026
COA #: 15-24-00058-CV         TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

COUNTY CLERK   STONEWALL COUNTY
STONEWALL COUNTY COURT
PO DRAWER P
ASPERMONT, TX   79502-0513
* DELIVERED VIA E-MAIL *